

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00055-CV

| | |
|---|---|
| SETH BOOKOUT, LESLYE ROMERO, AND RYAN GALLAGHER, Appellants | § On Appeal from the 141st District Court |
| | § of Tarrant County (141-329494-21) |
| V. | § November 23, 2022 |
| JONATHAN SHELLEY AND STEDFAST BAPTIST CHURCH, Appellees | § Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and Appellants' argument—raised for the first time on appeal—that the trial court lacks subject matter jurisdiction based on the ecclesiastical abstention doctrine.

For the reasons set forth in our memorandum opinion of even date herewith, this court holds that Appellants' first issue pertaining to the ecclesiastical abstention doctrine should be sustained in part and overruled in part. Accordingly, it is ordered that the trial court may properly exercise subject matter jurisdiction over this case; provided, however, that the ecclesiastical abstention doctrine deprives the trial court

of subject matter jurisdiction to hear defamation claims predicated on the following: (1) any of Seth Bookout's statements referring to Stedfast Baptist Church as a "cult" or to Pastor Jonathan Shelley as a "cult leader" and (2) any of Bookout's statements referring to Shelley as a "sodomite" or similar statements by Bookout that according to Shelley "suggest that [Shelley] engage[s] in sexual activities that are condemned by the doctrines of [his] [c]hurch."

This court further holds that there was no error in the trial court's order denying Appellants' motion to dismiss. Accordingly, it is ordered that the trial court's order is affirmed.

It is further ordered that Appellants Bookout, Leslye Romero, and Ryan Gallagher shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
 Justice Dabney Bassel